IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM HUFFORD**                                                                                    **PLAINTIFF**
ADC #89747

v.                           Case No. 4:21-CV-00388-LPR

**SOLOMON GRAVES**, in his official capacity as
Secretary of the Department of Corrections; and
**DEXTER PAYNE**, in his official capacity as
Director of the Arkansas Division of Correction                         **DEFENDANTS**

## JUDGMENT

Pursuant to today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Hufford's Amended Complaint is DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE